*Attorney General Townsend, James D. Hill* and *George B. Searls* for respondent.

No. 494. WILLIAMS *v.* LINDSEY, ADMINISTRATOR. Supreme Court of Missouri. Certiorari denied. *Donald N. Clausen, Herbert W. Hirsh, Norman A. Miller* and *Frank C. Mann* for petitioner. *Jean Paul Bradshaw* and *Flavius B. Freeman* for respondent.

No. 516. CHEMICAL BANK & TRUST CO. *v.* PRUDENCE-BONDS CORPORATION (NEW CORPORATION) ET AL. C. A. 2d Cir. Certiorari denied. *John Lord O'Brian, Philip A. Carroll* and *John A. Wilson* for petitioner. *Charles M. McCarty* for Prudence-Bonds Corporation; *Geo. C. Wildermuth* for Castellano; *Samuel Silbiger* for Eddy; and *Aaron Schwartz* for Samson et al., respondents.

No. 497. SOBELL *v.* UNITED STATES. C. A. 2d Cir. Motion for leave to file brief of Dr. Harold C. Urey et al., as *amici curiae,* denied. Certiorari denied. *Howard N. Meyer* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 498. WELCH *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *James H. Martin* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Sam C. Ratliff* and *Rudy G. Rice,* Assistant Attorneys General, for respondent.

No. 508. DOUGALL *v.* SPOKANE, PORTLAND & SEATTLE RAILWAY CO. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the